## MEDIATION MATTERS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. 19.01(A):

2012–1841.   **State ex rel. Kempinski v. Indus. Comm.**
Franklin App. No. 10AP–1144, 2012-Ohio-4125.

## CASE ANNOUNCEMENTS

*April 25, 2013*

[Cite as *04/25/2013 Case Announcements #2*, 2013-Ohio-1672.]

## MOTION AND PROCEDURAL RULINGS

2013–0591.   **State v. Bates.**
Williams App. No. WM–12–002, 2013-Ohio-1270. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for stay of the court of appeals' decision and request for bond pending appeal, it is ordered by the court that the motion is denied.

O'NEILL, J., dissents and would grant the stay subject to the conditions imposed by the Sixth Appellate District.